FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 DEC 27 AM 11: 07

OFFICE OF THE CLERK

IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR92 |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| HEATHER DAWN CRONKHITE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's "Motion to Amend the Terms and Conditions of Detention" (Filing No. 71). Also before the court is the oral joint motion of counsel for an extension of time for the defendant to surrender for service of sentence at the institution designated by the Bureau of Prisons.

IT IS ORDERED:

(1) The defendant's "Motion to Amend the Terms and Conditions of Detention" (Filing No. 71) is granted; and

(2) The oral joint motion for extension of time is granted and the defendant shall surrender to the institution designated by the Bureau of Prisons no later than March 9, 2007.

DATED this 27th day of December, 2006.

BY THE COURT:

JOSEPH F. BATAILLON
United States District Judge